**FILED UNDER SEAL**

1  Dominic Gentile
   Gentile Cristalli Miller Armeni Savarese
2  Tivoli Village
   410 South Rampart Blvd.
3  Suite 420
   Las Vegas, NV 89145
4  Email: dgentile@gcmaslaw.com
5  Attorney for Defendant



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TALI ARIK, MD, | Case No. 2:14-cv-01123-RFB-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO EXTEND TIME IN WHICH DEFENDANT MAY RESPOND TO QUI TAM RELATOR'S MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 31 U.S.C. § 3730(d)(1) AND RELATOR'S MOTION FOR ORDER UNSEALING SETTLED QUI TAM CASE** |
| NEVADA HEART AND VASCULAR CENTER, a Nevada limited-liability partnership; et al. | |
| Defendant. | |
| | (First Request) |

Pursuant to Local Rules 6-1 and 6-2, the Parties hereby jointly stipulate to extend the time in which Defendant Nevada Heart and Vascular Center ("NHVC") may respond to Relator's Motion for Attorneys' Fees and Expenses Pursuant to 31 U.S.C. § 3730(d)(1), served on NHVC on July 8, 2019 and Relator's Motion for Order Unsealing Settled Qui Tam Case, served on July 10, 2019. The current deadlines for responses are July 22, 2019 and July 29, 2019, respectively. The parties have agreed that NHVC's Oppositions to both motions are due on

August 2, 2019, with Relator's Replies due on August 16, 2019. This is the first request for an extension of time to file a response.

## ORDER

**IT IS SO ORDERED:**

_____
Hon. Richard F. Boulware,
UNITED STATES DISTRICT COURT JUDGE

Dated: July 22, 2019.

**RESPECTFULLY SUBMITTED,**

Dated: July 17, 2019

**GENTILE CRISTALLI MILLER
ARMENI SARVARESI**

By:_____
Dominic Gentile
Tivoli Village
410 South Rampart Blvd.
Suite 420
Las Vegas, NV 89145

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to the Fed. R. Civ. Pro. 5(b) on the 17th day of July, 2019, I did serve at Las Vegas, Nevada a true and correct copy of Stipulation and Proposed Order to Extend Time in Which Defendant May Respond to Qui Tam Relator's Motion for Attorneys' Fees and Expenses Pursuant to 31 U.S.C. § 3730(d)(1) and Relator's Motion for Order Unsealing Settled Qui Tam Case on all parties to this action by:

☐ Facsimile

X U.S. Mail

☐ Hand Delivery

☐ E-Mail

Addressed as follows:

Richard Holley
Holley Driggs Walch Puzey & Thompson
400 South Fourth Street, Suite 300
Las Vegas, NV 89101

Howard C. Meyers
Meyers Law, PLLC
2810 North Third Street
Phoenix, AZ 85004

Roger Wenthe
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

/s/ Tamya Bai
An Employee of GENTILE CRISTALLI
MILLER ARMENI SAVARESE

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000